# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LACHELLE JONES,**

      **Plaintiff,**

**v.**                                                                         **Case No:**   **6:18-cv-65-Orl-22DCI**

**QUEST DIAGNOSTICS INCORPORATED,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion to Approve FLSA Settlement and for Dismissal of the Action with Prejudice (Doc. No. 26) filed on September 24, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection was filed (Doc. No. 30), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 29, 2018 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlement and for Dismissal of the Action with Prejudice is hereby GRANTED.

3. The Court finds the Agreement (Doc. No. 26-1) is a fair and reasonable settlement of Plaintiff's claim for unpaid overtime wages under the FLSA.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record